Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

Enrico Schaefer  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:  (231) 932-0636

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENSO CORPORATION, a Japanese corporation<br><br>Plaintiff,<br><br>v.<br><br>Domain Name <denso.com>,<br><br>Defendant. | Case No. 2:14-cv-01050 LB<br>Hon Laurel Beeler |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

NOW COMES Defendant <denso.com> (hereinafter "Defendant") by and through its counsel, Enrico Schaefer and for its Response to Plaintiff's Motion for Entry of Default, states as follows:

1

1. Defendant admits Plaintiff's allegations in Paragraph 1 concerning the date of the filing of the original Complaint.

2. Defendant admits that Densoft Consultancy Services Ltd. (DCS) filed a Motion to Dismiss and a Motion to Appoint Counsel and Vacate the Case Management Conference.

3. Defendant admits that Plaintiff filed its First Amended Complaint on September 10, 2014 (Dkt 26), and further notes that Plaintiff also filed a contemporaneous Motion for waiver of service requirements by publication in electing to proceed *in rem* in an Anti Cybersquatting Protection Act ("ACPA") claim against the Defendant domain name.

4. Defendant admits the Court issued its Order on September 19, 2014 striking DCS's Motions as improperly filed, but additionally, the court also denied Plaintiff's Motion to Waive Service by Publication under USC§1125(d)(2)(A) finding that Plaintiff's Motion to Waive Service by Publication was premature pending a determination whether to move forward with the case as an *in rem* proceeding or not. (See Court Order of September 19, 2014, Dkt 30).

5. Defendant admits that on November 5, 2014 Plaintiff filed a Motion for a Finding of In Rem Jurisdiction (Dkt 32) and requested that in the event the matter proceeded in personam, it requested the Court default DCS.

6. Defendant admits that on December 17, 2014 the court granted

Plaintiff's Motion to proceed *in re*m over the Defendant domain name, but notes further Plaintiff has not renewed its Motion for waiver of service by publication to effect service in rem pursuant to USC §1125(d)(2)(A) of the ACPA and which was previously denied by the court as premature and without prejudice. (See Docket entry Number 30). Additionally, any formal appearance on behalf of the domain filed in advance of this Court's determination to proceed *in rem* could have been construed as a waiver of in personam jurisdiction by the registrant. (See *Cable News Network L.P. v CNNews.com,* 177 F. Supp 2d 506 (E.D. Va 2001) where the domain registrant appeared in an *in rem* proceeding as respondent non-party to defend the ACPA claims on behalf of the Defendant domain but without waiving in personam jurisdiction.)

7. Defendant denies that it has failed to otherwise respond to Plaintiff's First Amended Complaint in that counsel for Defendant Enrico Schaefer sent a letter to the court on December 18, 2014, stating that counsel would be filing an Appearance and then filing his Motion for admission Pro Hac Vice in order to represent the interests of the Defendant in this matter. To the extent Plaintiff argues that Defendant counsels' appearance in the case may provide a waiver of any further requirement of service by publication in this *in rem* matter and triggering a time period from which to respond to the First Amended Complaint, Defendant notes that the Answer filed contemporaneously herein is well within

the time to respond provide by the Court rules. Thus any request for default, to the extent all other procedural requirements were met, is nevertheless premature.

8. Defendant denies that Plaintiff has satisfied the requirement for entry of a default with respect to the Defendant domain name as indicated in this response, and that Defendant has clearly expressed that its intention of entering the case and defending the matter by filing its appearance and now its answer to the First Amended Complaint contemporaneous with this response to the motion.

9. Defendant admits that it is not an infant, incompetent individual or member of the military, but denies that those are proper requisites in requesting a default in an *in rem* proceeding under the ACPA (Anti-Cybersquatting Protection Act), and further avers the counsel for Plaintiff made no contact with counsel for the Defendant prior to filing its Motion even though an appearance had been filed. In fact, Plaintiff conveniently fails to note the appearance by counsel or a viable argument that the answer to the compliant is overdue as part of its motion.

10. Defendant neither admits nor denies Plaintiff's intentions concerning moving forward with the Complaint, nevertheless, Defendant domain name intends to defend against the allegations that were made in Plaintiff's First Amended Complaint against Defendant Domain Name.

WHEREFORE, Defendant <denso.com> respectfully requests that the court deny Plaintiff's Motion to Enter Default with respect to Defendant domain.

Respectfully submitted this 7th day of January, 2014.

/s/ Enrico Schaefer
Enrico Schaefer  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:  (231) 932-0411
Fax:   (231) 932-0636
enrico@traverselegal.com

Adrianos Facchetti (SBN. 243213)
Of Counsel for TRAVERSE LEGAL, PLC
301 East Colorado Boulevard, Suite 514
Pasadena, CA  91101
Tel.:  (626) 793-8607
Fax:  (626) 793-7293
adrianos@facchettilaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 7th day of January, 2014, I electronically filed the foregoing Defendant's Response to Plaintiff's Motion for Entry of Default with the Clerk of the Court using the CM/ECF System.

/s/ Enrico Schaefer
Enrico Schaefer  (*Pro Hac Vice*)
TRAVERSE LEGAL, PLC
810 Cottageview Drive, Unit G-20
Traverse City, Michigan 49684
Tel.:   (231) 932-0411
Fax:   (231) 932-0636
enrico@traverselegal.com

*Attorneys for Plaintiff*