UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

January 9, 2015

RE:  CV 14-01050 LB         DENSO CORPORATION-v- denso.com

Default is declined as to denso.com on January 9, 2015.


　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　by:  Felicia Reloba
　　　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator