ADRMOP,AO279

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:14-cv-01050-LB
# Internal Use Only

Denso Corporation v. denso.com
Assigned to: Magistrate Judge Laurel Beeler
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 03/06/2014
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

## Plaintiff

**Denso Corporation**
*a Japanese corporation*

**Request for Default**
Date Submitted for Review: 1-7-15
☐ Enter
☒ Decline  *LCS*
Supervisor's Initials

represented by **Marie Elizabeth Richmond**
Rodenbaugh Law
548 Market Street
Box No. 55819
San Francisco, CA 94104
831-440-6959
Email: marie@rodenbaugh.com
*ATTORNEY TO BE NOTICED*

**Michael Lawrence Rodenbaugh**
Rodenbaugh Law
548 Market Street
Box 55819
San Francisco, CA 94104
415-738-8087
Email: mike@rodenbaugh.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant